IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VENITA FUNES, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv46 |
| | ) | |
| v. | ) | |
| | ) | |
| STEVE RANGEL, AMY BROCKMAN, KIM KERSIGO, TERRY VALQUIER, TERESA BILLAM, EMPLOYEES OF DOUGLAS COUNTY CORRECTION CENTER, EMPLOYEES OF DOUGLAS COUNTY CORRECTION CENTER, MARSHA CARTER, and ROBERT HOUSTON, | ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by October 21, 2005, file their Report of Parties' Planning Conference.

DATED October 3, 2005.

/s/ *David L. Piester*
United States Magistrate Judge