IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VENITA FUNES, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV46 |
| | ) | |
| v. | ) | |
| | ) | |
| STEVE RANGEL, AMY BROCKMAN, KIM KERSIGO, TERRY VALQUIER, TERESA BILLAM, EMPLOYEES OF DOUGLAS COUNTY CORRECTION CENTER, EMPLOYEES OF DOUGLAS COUNTY CORRECTION CENTER, MARSHA CARTER, and ROBERT HOUSTON, | ) ) ) ) ) ) ) | JUDGMENT OF DISMISSAL |
| | ) | |
| Defendants. | ) ) | |

The court has received a letter from the plaintiff requesting dismissal of this case.  See filing 26.  I shall consider the filing 26 letter as a motion for voluntary dismissal, and shall grant this motion.

IT THEREFORE HEREBY IS ORDERED:  Pursuant to the plaintiff's motion for dismissal, this case is dismissed without prejudice.

DATED this 14th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge