IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VENITA FUNES, | ) | 8:05CV46 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| STEVE RANGEL, et al | ) | |
| | ) | |
| Defendant(s). | ) | |

The Clerk's Office has requested that Document Number 28 be stricken from the record for the following reason:

( X)   Document filed in incorrect case.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 28 from the record.

DATED this 14th day of October, 2004.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge